No. 9, Misc.  GRAVLEY *v.* CARTER.  Super. Ct. Bartow County, Ga.  Certiorari denied.  Petitioner *pro se.*  *Albert Sidney Johnson,* Assistant Attorney General of Georgia, for respondent.

No. 13, Misc.  BROWN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Doar* and *Harold H. Greene* for the United States.

No. 20, Misc.  LEBRON *v.* WARDEN OF DETENTION HEADQUARTERS.  C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Doar* and *Harold H. Greene* for respondent.

No. 26, Misc.  VATELLI *v.* WILSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.*  *Thomas C. Lynch,* Attorney General of California, and *Albert W. Harris, Jr.,* and *Derald E. Granberg,* Deputy Attorneys General, for respondent.

No. 27, Misc.  GORI *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 31, Misc.  LEWIS *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.  Petitioner *pro se.*  *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for respondent.

No. 32, Misc.  SMITH *v.* TAYLOR, WARDEN.  C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Doar* and *Harold H. Greene* for respondent.